## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Reba Blackwell,

        Plaintiff,                    Case No.: 1:16-cv-01283-AT

v.

AIG Direct Insurance Services, Inc.,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Comes now the Plaintiff Reba Blackwell, through counsel, and gives notice pursuant to F.R.C.P. 41(a)(1)(A)(i), that Defendant AIG Direct Insurance Services, Inc. is voluntarily dismissed, *without prejudice*, from this action.

Respectfully submitted this 26th day of April, 2016.

*/s/ Paul J. Sieg*
Paul J. Sieg, Bar No.: 334182
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
Plaintiff's Attorneys

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

This 26th day of April, 2016.

/s/ Paul J. Sieg
Paul J. Sieg, Bar No.: 334182
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to all attorney(s) of record.

*/s/ Paul J. Sieg*
Paul J. Sieg, Bar No.: 334182
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
Plaintiff's Attorneys